# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIGHT HEAD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 1:24-cv-13410 <br><br> Judge Elaine E. Bucklo <br><br> **JURY TRIAL DEMAND** |

## NOTICE OF APPEAL

Notice is hereby given that Bright Head LLC ("Plaintiff") hereby appeals to the United States Court of Appeals for the Federal Circuit, pursuant to 28 U.S.C. § 1292(a)(1) and § 1291(c)(1), from the District Court's order denying Plaintiff's Motion for Preliminary Injunction entered on July 25, 2025 (Dkt. 61), and the order denying reconsideration of the preliminary injunction entered on August 13, 2025 (Dkt. 67), and from all prior orders that merge into those decisions.

Dated: September 12, 25

/s/Nicholas S. Lee
Nicholas S. Lee, Esq. (#6284603)
1823 Turtle Bay Road
Vernon Hills, IL 60061
E-mail: nickles72@gmail.com
Phone: (773) 732-8244

**CERTIFICATE OF SERVICE**

      I certify that on September 12, 25, I filed the foregoing Notice of Appeal via the Court's CM/ECF system, which will send notice to all counsel of record.

| | |
|---|---|
| Dated: September 12, 25 | /s/Nicholas S. Lee_____ |
| | Nicholas S. Lee |

AO279,APPEAL,COLE

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:24-cv-13410
### Internal Use Only

| | |
|---|---|
| Bright Head LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A<br>Assigned to: Honorable Elaine E. Bucklo<br>Cause: 35:271 Patent Infringement | Date Filed: 12/31/2024<br>Jury Demand: Both<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**Bright Head LLC**　　　　　　　　　　represented by　**Edward L. Bishop**
Bishop Diehl & Lee, Ltd.
1475 East Woodfield Road, Suite 800
Schaumburg, IL 60173
(847)969-9123
Fax: Active
Email: ebishop@bdl-iplaw.com
*TERMINATED: 03/14/2025*
*LEAD ATTORNEY*

**Benjamin Adam Campbell**
Bishop Diehl & Lee, Ltd.
1475 East Woodfield Road
Suite 800
Schaumburg, IL 60173
(847) 969-9123
Fax: Active
Email: bcampbell@bdl-iplaw.com
*TERMINATED: 03/14/2025*

**Nicholas S. Lee**
1823 Turtle Bay Road
Vernon Hills, IL 60061
773-732-8244
Email: nickles72@gmail.com
*ATTORNEY TO BE NOTICED*

**Sameeul Haque**
Dickinson Wright, PLLC
IL
55 W. Monroe St.
Ste 1200
Chicago, IL 60603
847-401-6113
Email: samee@h3lp.law

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ELLISA1
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 22, 2025

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A**

**Defendant**

| | | |
|---|---|---|
| **WopkDupk** | represented by | **Lance Y. Liu** |

Lance Liu
15 Minuteman Circle
Southbury, CT 06488
(203) 706-9536
Fax: Pro Hac Vice
Email: lanceliu2000@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas John Nitschke**
Dragonfly Law Group, P.C.
731 Saint Joseph Street
Suite 230
Rapid City, SD 57701
720-454-0129
Email: tomn@dflylaw.com
*ATTORNEY TO BE NOTICED*

**Shaoyi Che**
YoungZeal LLP
9355 John W Elliott Dr
Ste 25555
Frisco, TX 75033
717-440-3382
Email: che@yzlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Nanjing Ruichuang Robot Company Limited**<br>*doing business as*<br>HyperDolphin Direct | represented by | **Shaoyi Che**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Thomas John Nitschke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **Shenzhen Sibaite Trading Co., Ltd.**<br>*TERMINATED: 05/02/2025*<br>*doing business as*<br>Ezolife | represented by **Shaoyi Che**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**BO SHEN**
*doing business as*
Meqoze

**Defendant**

**Yiwu Moyunjue Electronic Commerce Co., LTD**
*doing business as*
Moyunjue-US

**Defendant**

**Dhaval Pravinsinh Vaghela**
*doing business as*
CHECK CHACK

**Counter Claimant**

| | |
|---|---|
| **WopkDupk** | represented by **Shaoyi Che**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | |
|---|---|
| **Nanjing Ruichuang Robot Company Limited** | represented by **Shaoyi Che**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas John Nitschke**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | |
|---|---|
| **Bright Head LLC** | represented by **Edward L. Bishop**<br>(See above for address)<br>*TERMINATED: 03/14/2025*<br>*LEAD ATTORNEY*<br><br>**Benjamin Adam Campbell**<br>(See above for address)<br>*TERMINATED: 03/14/2025*<br><br>**Nicholas S. Lee**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Sameeul Haque**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 12/31/2024 | 1 | ☐ | COMPLAINT *(Redacted)* filed by Bright Head LLC; Jury Demand. Filing fee $ 405, receipt number AILNDC-22899337. (Attachments: # 1 Exhibit Schedule A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Bishop, Edward) (Entered: 12/31/2024) |
| 12/31/2024 | 2 | ☐ | CIVIL Cover Sheet (Bishop, Edward) (Entered: 12/31/2024) |
| 12/31/2024 | 3 | ☐ | Notice of Claims by Bright Head LLC *(Redacted)* (Bishop, Edward) (Entered: 12/31/2024) |
| 12/31/2024 | 4 | ☐ | MOTION by Plaintiff Bright Head LLC for leave to file *Certain Documents Under Seal*<br><br>(Bishop, Edward) (Entered: 12/31/2024) |
| 12/31/2024 | 5 | | SEALED DOCUMENT by Plaintiff Bright Head LLC *Complaint* (Attachments: # 1 Schedule A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 6, # 5 Notice of Claims)(Bishop, Edward) (Entered: 12/31/2024) |
| 12/31/2024 | 6 | ☐ | ATTORNEY Appearance for Plaintiff Bright Head LLC by Edward L. Bishop (Bishop, Edward) (Entered: 12/31/2024) |
| 01/02/2025 | | | CASE ASSIGNED to the Honorable Elaine E. Bucklo. Designated as Magistrate Judge the Honorable Jeffrey Cole. Case assignment: Random assignment. (Civil Category 1). (dec, ) (Entered: 01/02/2025) |
| 01/02/2025 | | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (dec, ) (Entered: 01/02/2025) |
| 01/02/2025 | 7 | ☐ | ATTORNEY Appearance for Plaintiff Bright Head LLC by Nicholas S. Lee (Lee, Nicholas) (Entered: 01/02/2025) |
| 01/02/2025 | 8 | ☐ | ATTORNEY Appearance for Plaintiff Bright Head LLC by Benjamin Adam Campbell (Campbell, Benjamin) (Entered: 01/02/2025) |
| 01/02/2025 | 9 | ☐ | ATTORNEY Appearance for Plaintiff Bright Head LLC by Sameeul Haque (Haque, Sameeul) (Entered: 01/02/2025) |

| | | | |
|---|---|---|---|
| 01/02/2025 | 10 | ☐ | EMAILED Patent request letter to counsel of record. (ph, ) (Entered: 01/02/2025) |
| 01/15/2025 | 11 | | SEALED MAILED Patent report to Patent Trademark Office, Alexandria VA. (ph, ) Modified on 1/15/2025 (ph, ). (Entered: 01/15/2025) |
| 03/12/2025 | 12 | ☐ | MOTION by Attorney Edward L. Bishop and Attorney Benjamin A. Campbell to withdraw as attorney for Bright Head LLC. No party information provided<br><br>(Bishop, Edward) (Entered: 03/12/2025) |
| 03/14/2025 | 13 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Plaintiff's motion for leave to file certain documents under seal 4 is granted for ONLY fourteen (14) days. Motion to withdraw as counsel 12 is granted. Attorney Edward L. Bishop and Benjamin Adam Campbell are terminated. The case is set for a status hearing on 3/28/2025 at 9:45 a.m. (to track the case only, no appearance is required). By 3/21/2025 plaintiff is to file a status report regarding the status of service of process, settlement discussions, and any further information that plaintiff wishes to bring to the Court's attention. Mailed notice. (mgh, ) (Entered: 03/14/2025) |
| 03/14/2025 | 14 | ☐ | MOTION by Plaintiff Bright Head LLC for temporary restraining order *Plaintiff's Motion for Entry of an Ex Parte Temporary Restraining Order*<br><br>(Lee, Nicholas) (Entered: 03/14/2025) |
| 03/14/2025 | 15 | ☐ | BRIEF filed by Nicholas S. Lee (Lee, Nicholas) (Entered: 03/14/2025) |
| 03/14/2025 | 18 | ☐ | MOTION by Plaintiff Bright Head LLC for temporary restraining order *Motion for Alternative Service*<br><br>(Lee, Nicholas) (Entered: 03/14/2025) |
| 03/19/2025 | 19 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: REMINDER- Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Plaintiff is directed to submit their proposed temporary restraining order to this court's proposed order e-mail inbox. Mailed notice. (mgh, ) (Entered: 03/19/2025) |
| 03/26/2025 | 20 | ☐ | NOTICE of Motion by Sameeul Haque for presentment of motion for temporary restraining order 14 , motion for temporary restraining order 18 before Honorable Elaine E. Bucklo on 3/28/2025 at 09:45 AM. (Haque, Sameeul) (Entered: 03/26/2025) |
| 03/28/2025 | 21 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' motion for entry of an Ex Parte temporary restraining order 14 ; and motion for alternative service 18 are granted. Enter Sealed Temporary Restraining Order. Because the temporary restraining order will expire on 4/11/2025 any motion for preliminary injunction or to extend the temporary restraining order must be filed by no later than 4/4/2025. Bishop Diehl & Lee, Ltd. is ordered to add all defendant names listed in the Schedule A to the docket within three business days of the expiration of the TRO. |

| | | | |
|---|---|---|---|
| | | | Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.pdf. The case is set for a status hearing on 5/12/2025 at 9:45 a.m. (to track the case only, no appearance is required). By 5/5/2025 plaintiff is to file a status report regarding the status of service of process, settlement discussions, and any further information that plaintiff wishes to bring to the Court's attention. Mailed notice. (mgh, ) (Entered: 03/28/2025) |
| 03/28/2025 | [22](#) | | SEALED TEMPORARY RESTRAINING ORDER signed by the Honorable Elaine E. Bucklo on 3/28/2025. Mailed notice. (mgh, ) (Entered: 03/28/2025) |
| 04/04/2025 | [23](#) | ☐ | MOTION by Plaintiff Bright Head LLC to Extend the Temporary Restraining Order<br><br>(Haque, Sameeul) (Entered: 04/04/2025) |
| 04/04/2025 | [24](#) | ☐ | MEMORANDUM by Bright Head LLC in support of motion for miscellaneous relief [23](#) (Attachments: # [1](#) Declaration of Sameeul Haque) (Haque, Sameeul) (Entered: 04/04/2025) |
| 04/04/2025 | [25](#) | ☐ | NOTICE of Motion by Sameeul Haque for presentment of motion for miscellaneous relief [23](#) before Honorable Elaine E. Bucklo on 4/11/2025 at 09:45 AM. (Haque, Sameeul) (Entered: 04/04/2025) |
| 04/07/2025 | [26](#) | ☐ | SURETY BOND in the amount of $ 10,000 posted by Bright Head LLC (Document not scanned) (vjd, ) (Entered: 04/08/2025) |
| 04/10/2025 | [27](#) | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's Ex Parte motion to extend the temporary restraining order [23](#) is granted to 4/25/2025. Mailed notice. (mgh, ) (Entered: 04/10/2025) |
| 04/16/2025 | [28](#) | ☐ | ATTORNEY Appearance for Defendant WopkDupk by Lance Y. Liu (Liu, Lance) (Entered: 04/16/2025) |
| 04/16/2025 | [29](#) | ☐ | ATTORNEY Appearance for Defendant Nanjing Ruichuang Robot Company Limited by Shaoyi Che (Che, Shaoyi) (Entered: 04/16/2025) |
| 04/22/2025 | [30](#) | ☐ | MOTION by Plaintiff Bright Head LLC for preliminary injunction *as to all Defendants*<br><br>(Attachments: # [1](#) Exhibit A)(Lee, Nicholas) (Entered: 04/22/2025) |
| 04/22/2025 | [31](#) | ☐ | MEMORANDUM by Bright Head LLC in support of motion for preliminary injunction [30](#) (Attachments: # [1](#) Declaration of Nicholas S. Lee, # [2](#) Exhibit 1)(Lee, Nicholas) (Entered: 04/22/2025) |
| 04/22/2025 | [32](#) | ☐ | NOTICE of Motion by Nicholas S. Lee for presentment of motion for preliminary injunction [30](#) before Honorable Elaine E. Bucklo on 4/25/2025 at 09:45 AM. (Lee, Nicholas) (Entered: 04/22/2025) |

| | | | | |
|---|---|---|---|---|
| 04/24/2025 | 33 | ☐ | | MOTION by Defendants Nanjing Ruichuang Robot Company Limited, WopkDupk, Shenzhen Sibaite Trading Co., Ltd. to set a briefing schedule *(Partially Agreed Motion)* <br><br>(Che, Shaoyi) (Entered: 04/24/2025) |
| 04/24/2025 | 34 | ☐ | | NOTICE of Motion by Shaoyi Che for presentment of motion by filer to set a briefing schedule 33 before Honorable Elaine E. Bucklo on 4/25/2025 at 09:45 AM. (Che, Shaoyi) (Entered: 04/24/2025) |
| 04/24/2025 | 35 | ☐ | | ATTORNEY Appearance for Defendant Shenzhen Sibaite Trading Co., Ltd. by Shaoyi Che *(Previous Appearance Filing Glitched)* (Che, Shaoyi) (Entered: 04/24/2025) |
| 04/24/2025 | 36 | ☐ | | MOTION by Defendant WopkDupk to substitute attorney *(Agreed Motion)* <br><br>(Che, Shaoyi) (Entered: 04/24/2025) |
| 04/24/2025 | 37 | ☐ | | NOTICE of Motion by Shaoyi Che for presentment of motion to substitute attorney 36 before Honorable Elaine E. Bucklo on 4/25/2025 at 09:45 AM. (Che, Shaoyi) (Entered: 04/24/2025) |
| 04/24/2025 | 38 | ☐ | | RESPONSE by Bright Head LLC to MOTION by Defendants Nanjing Ruichuang Robot Company Limited, WopkDupk, Shenzhen Sibaite Trading Co., Ltd. to set a briefing schedule *(Partially Agreed Motion)* <br><br>33 (Lee, Nicholas) (Entered: 04/24/2025) |
| 04/25/2025 | 39 | ☐ | | RESPONSE by Bright Head LLC to MOTION by Defendants Nanjing Ruichuang Robot Company Limited, WopkDupk, Shenzhen Sibaite Trading Co., Ltd. to set a briefing schedule *(Partially Agreed Motion)* <br><br>33 *(Corrected Response 38 )* (Lee, Nicholas) (Entered: 04/25/2025) |
| 04/28/2025 | 🔒 41 | ☐ | | SUMMONS Issued (Court Participant) as to Defendant The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A (pjj, ) (Entered: 04/28/2025) |
| 05/02/2025 | 42 | ☐ | | NOTICE of Voluntary Dismissal by Bright Head LLC *Shenzhen Sibaite Trading Co., Ltd. d/b/a EzoLife* (Lee, Nicholas) (Entered: 05/02/2025) |
| 05/07/2025 | 43 | ☐ | | RESPONSE by Nanjing Ruichuang Robot Company Limited, WopkDupkin Opposition to MOTION by Plaintiff Bright Head LLC for preliminary injunction *as to all Defendants* <br><br>30 (Attachments: # 1 Exhibit A 052 Patent (Asserted Patent by Plaintiff), # 2 Exhibit B 052 Patent Prosecution History, # 3 Exhibit C 052 Patent Prosecution History, # 4 Exhibit D1 Prior Art, # 5 Exhibit D2 Invalidity Chart, # 6 Exhibit E Prior Art, # 7 Exhibit G Notice of Allowance)(Che, Shaoyi) (Entered: 05/07/2025) |
| 05/08/2025 | 44 | ☐ | | MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to set a briefing schedule 33 is granted. Ruling set for 6/20/2025. The Court will issue a ruling by mail. Joint motion for substitution of |

| | | | |
|---|---|---|---|
| | | | counsel for Defendant WopkDup 36 is granted. Bishop Diehl & Lee, Ltd. is ordered to add all defendant names listed in the Schedule A to the docket within three business days of the expiration of the TRO. Status hearing is reset for 6/12/2025 as to remaining non-dismissed defendants (to track the case only, no appearance is required). The parties shall file a joint status report by 6/5/2025 and the court will enter an appropriate order. Mailed notice. (mgh, ) (Entered: 05/08/2025) |
| 05/08/2025 | 45 | ☐ | MOTION for Leave to Appear Pro Hac Vice on behalf of Nanjing Ruichuang Robot Company Limited, WopkDupk by Tianqin Zhao; Filing fee $ 150, receipt number AILNDC-23462739. <br><br>(Zhao, Tianqin) (Entered: 05/08/2025) |
| 05/09/2025 | 46 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Motion for leave to appear pro hac vice of Tianqin Zhao 45 as counsel for Defendants WopkDupk (Def No. 1) and Nanjing Ruichuang Robot Co. Ltd. (Def. No. 5) is granted. Mailed notice. (pmh) (Entered: 05/09/2025) |
| 05/21/2025 | 47 | ☐ | REPLY by Bright Head LLC to response in opposition to motion,, 43 (Lee, Nicholas) (Entered: 05/21/2025) |
| 05/22/2025 | 48 | ☐ | MOTION by Plaintiff Bright Head LLC for leave to file excess pages *Plaintiff's Motion for Leave to file Instanter Excess Pages in its Reply Brief* <br><br>(Lee, Nicholas) (Entered: 05/22/2025) |
| 05/30/2025 | 49 | ☐ | MOTION by Defendants Nanjing Ruichuang Robot Company Limited, WopkDupkEnter an order directing Amazon to hold all inventory associated with ASINs B0DH8L43KD and B0BP6BCWQF until further order of the Court. <br><br>(Attachments: # 1 Declaration of DENG Xuelian, # 2 Declaration of LOU Jianfa, # 3 Exhibit 1, # 4 Exhibit 2)(Che, Shaoyi) (Entered: 05/30/2025) |
| 05/30/2025 | 50 | ☐ | NOTICE of Motion by Shaoyi Che for presentment of motion for miscellaneous relief, 49 before Honorable Elaine E. Bucklo on 6/4/2025 at 09:45 AM. (Che, Shaoyi) (Entered: 05/30/2025) |
| 06/03/2025 | 51 | ☐ | ATTORNEY Appearance for Defendants Nanjing Ruichuang Robot Company Limited, WopkDupk by Thomas John Nitschke (Nitschke, Thomas) (Entered: 06/03/2025) |
| 06/04/2025 | 52 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for leave to file instanter excess pages in its reply brief 48 is granted. Defendants WopkDupk and HyperDolphin Direct motion miscellaneous relief (agreed) 49 is granted. Third-party Amazon is ordered to hold all inventories associated withASINs B0DH8L43KD and B0BP6BCWQF until further order of the Court. Mailed notice. (mgh, ) (Entered: 06/04/2025) |
| 06/05/2025 | | | NEW PARTIES: BO SHEN, Yiwu Moyunjue Electronic Commerce Co., LTD and Dhaval Pravinsinh Vaghela added to case caption. (Lee, Nicholas) (Entered: 06/05/2025) |

| | | | |
|---|---|---|---|
| 06/05/2025 | 53 | ☐ | SUMMONS Returned Executed by Bright Head LLC as to All Defendants. (Attachments: # 1 Declaration of Sameeul Haque, # 2 Exhibit A)(Lee, Nicholas) (Entered: 06/05/2025) |
| 06/05/2025 | 54 | ☐ | STATUS Report *(Joint)* by Bright Head LLC<br><br>(Lee, Nicholas) (Entered: 06/05/2025) |
| 06/12/2025 | 55 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the plaintiff's status report. Pending disposition on 30 , Status hearing is reset for 8/12/2025 at 9:45 a.m. (to track the case only; no appearance required). The plaintiff shall file a written status report by 8/5/2025. The court will enter an order in response to the status report. Mailed notice. (mgh, ) (Entered: 06/12/2025) |
| 06/25/2025 | 56 | ☐ | ANSWER to Complaint with Jury Demand , *AND* COUNTERCLAIM filed by WopkDupk, Nanjing Ruichuang Robot Company Limited against Bright Head LLC . by WopkDupk, Nanjing Ruichuang Robot Company Limited(Che, Shaoyi) (Entered: 06/25/2025) |
| 06/27/2025 | 57 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Ruling set for 6/20/2025 is stricken. The Court will issue a ruling by mail. Plaintiff to submit their updated proposed preliminary injunction order to this court's proposed order e-mail inbox. Mailed notice. (mgh, ) (Entered: 06/27/2025) |
| 07/16/2025 | 58 | ☐ | MOTION by Defendants Nanjing Ruichuang Robot Company Limited, WopkDupk to expedite *or to clarify*<br><br>(Che, Shaoyi) (Entered: 07/16/2025) |
| 07/16/2025 | 59 | ☐ | NOTICE of Motion by Shaoyi Che for presentment of motion to expedite 58 before Honorable Elaine E. Bucklo on 7/23/2025 at 09:45 AM. (Che, Shaoyi) (Entered: 07/16/2025) |
| 07/25/2025 | 60 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of a preliminary injunction 30 is denied. Enter Order. Defendants' motion to expedite or clarify 58 is denied as moot. Status hearing to stand as to non-dismissed defendant(s). Mailed notice. (mgh, ) (Entered: 07/25/2025) |
| 07/25/2025 | 61 | ☐ | ORDER signed by the Honorable Elaine E. Bucklo on 7/25/2025. Mailed notice. (mgh, ) (Entered: 07/25/2025) |
| 08/05/2025 | 62 | ☐ | STATUS Report *(Joint)* by Bright Head LLC<br><br>(Lee, Nicholas) (Entered: 08/05/2025) |
| 08/08/2025 | 63 | ☐ | MOTION by Plaintiff Bright Head LLC for reconsideration regarding order 61 *Plaintiff's Motion for Reconsideration of Denial of Preliminary Injunction*<br><br>(Lee, Nicholas) (Entered: 08/08/2025) |

| 08/08/2025 | 64 | ☐ | NOTICE of Motion by Nicholas S. Lee for presentment of motion for reconsideration 63 before Honorable Elaine E. Bucklo on 8/13/2025 at 09:45 AM. (Lee, Nicholas) (Entered: 08/08/2025) |
|---|---|---|---|
| 08/12/2025 | 65 | ☐ | ANSWER to counterclaim by Bright Head LLC(Lee, Nicholas) (Entered: 08/12/2025) |
| 08/12/2025 | 66 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the joint status report. Ruling on Plaintiff's motion for reconsideration of denial of preliminary injunction 63 is set for 8/29/2025. The court will issue ruling by mail. Mailed notice. (mgh, ) (Entered: 08/12/2025) |
| 08/13/2025 | 67 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for reconsideration is denied. Discovery will close on February 1, 2026. A claim construction hearing will be set shortly thereafter. Status hearing set for 12/17/25 at 10:00 a.m. Mailed notice. (mgh, ) (Entered: 08/13/2025) |
| 09/05/2025 | 68 | ☐ | MOTION by Defendants Nanjing Ruichuang Robot Company Limited, WopkDupkOrder directing Amazon to release inventory *(unopposed)* (Che, Shaoyi) (Entered: 09/05/2025) |
| 09/05/2025 | 69 | ☐ | NOTICE of Motion by Shaoyi Che for presentment of motion for miscellaneous relief 68 before Honorable Elaine E. Bucklo on 9/10/2025 at 09:45 AM. (Che, Shaoyi) (Entered: 09/05/2025) |
| 09/10/2025 | 70 | ☐ | MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion for miscellaneous relief (unopposed) 68 is granted. Mailed notice. (mgh, ) (Entered: 09/10/2025) |
| 09/12/2025 | 71 | ☐ | NOTICE of appeal by Bright Head LLC regarding orders 67 , 60 Filing fee $ 605, receipt number AILNDC-24054654. Receipt number: n (Lee, Nicholas) (Entered: 09/12/2025) |
| 09/22/2025 | 72 | ☐ | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 71 . (aee, ) (Entered: 09/22/2025) |
| 09/22/2025 | 73 | ☐ | TRANSMITTED to the 7th Circuit the short record on notice of appeal 71 . Notified counsel (aee, ) (Entered: 09/22/2025) |

or



**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 09/22/25

U.S. Federal Court of Appeals
717 Madison Place, N.W.
Washington, D.C. 20439

Re:  Bright Head LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A
USDC Case Number: 24cv13410
USCA Case Number:

Dear Clerk:

    I am sending you herewith the short record on appeal consisting of the Notice of Appeal, Federal Circuit Appeal Information Sheet, and copies of the FRAP 3(d) letter, docket sheet and the appealed order.

    Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                Sincerely,
                                Thomas G. Bruton, Clerk

                                By:    /s/A. Ellis
                                          Deputy Clerk

Rev. 09/23/2016

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Appeal Information

United States District Court for the Northern District of Illinois

Type of case: Patent Infringement Case

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion)

| Plaintiff(s) | Defendant(s) |
|---|---|
| Bright Head LLC | The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A |

Docket No: **24-cv-3410**

Date of Judgment/Order
08/13/25

Cross/Related Appeal:

Date of Notice of Appeal:
09/12/25

Appellant ( )    Plaintiff ( x )    Defendant ( )    Other (explain) ( )

FEES:

Appeals Docket Fee Paid?    Yes ( x )    No ( )
U.S. Appeal?                Yes ( )      No ( x )
In Forma Pauperis?          Yes ( )      No ( x )

COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.)

Plaintiff:                                    Defendant:

| **Nicholas S. Lee**<br>1823 Turtle Bay Road<br>Vernon Hills, IL 60061<br>773-732-8244<br>Email: nickles72@gmail.com | **Lance Y. Liu**<br>Lance Liu<br>15 Minuteman Circle<br>Southbury, CT 06488<br>(203) 706-9536<br>Fax: Pro Hac Vice<br>Email: lanceliu2000@gmail.com |
|---|---|

|  | **Shaoyi Che**<br>YoungZeal LLP<br>9355 John W Elliott Dr<br>Ste 25555<br>Frisco, TX 75033<br>717-440-3382<br>Email: che@yzlaw.com |
|---|---|

COURT REPORTER: Court Reporter Coordinator (312) 435-5885

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 09/22/2025

Re: Bright Head LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A

    The attached copy of the Notice of Appeal is being mailed to all parties pursuant to F.R.A.P. 3 (d). The record on appeal is being maintained in our office until it is requested by the Clerk of the United States Court of Appeals for the Federal Circuit.

    For your convenience pertinent information re: perfecting the appeal which is taken from the Procedural Handbook for the United States Court of Appeals for the Federal Circuit is listed below:

    The notice of appeal is filed with the clerk of the trial court (District Court) along with the fee for filing the notice and the $505 appellate docket fee. CAFC 10 (a). Appeals will be docketed upon receipt from the clerk of the trial court of (1) a copy of the notice of appeal, (2) a certified copy of docket entries, and (3) a copy of the appeal information sheet. Appeals under 28USC 1292 (d) will be docketed on grant of the appeal by the Court and receipt of a certified copy of docket entries and a copy of the appeal information sheet

    The record on appeal shall consist of all papers named in FRCP 10(a) and 16. All papers are normally retained by the tribunal from which the appeal is taken. When deemed necessary, the court, on motion or sua sponte, may order filing of the original or certified copies of the trial or administrative record or any portions thereof at any time during pendency of the appeal.

    When a transcript is required, the appellant has the duty to order it from the reporter and to give notice to appellee if a partial transcript is ordered as required by FRAP 10(b). Where no report of the proceedings was made or the transcript is unavailable, the provisions of FRAP 10c shall govern.

    Telephone inquiries from counsel concerning rules and procedures are welcomed by the Clerk's Office for the U.S. Court of Appeal for the Federal Circuit. This office is located in Room 401 of the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439 and is open from 8:30 a.m. to 4:30 p.m. Telephone (202) 275-8000.

                                            Sincerely,
                                            Thomas G. Bruton, Clerk

                                          By:     /s/ A. Ellis
                                                        Deputy Clerk

cc: Counsel of record

Rev. 10/14/2018

Bright Head LLC

                                        Plaintiff,

v.                                                                        Case No.: 1:24−cv−13410

                                                                       Honorable Elaine E. Bucklo

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated Associates
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2025:

       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of a preliminary injunction [30] is denied. Enter Order. Defendants' motion to expedite or clarify [58] is denied as moot. Status hearing to stand as to non−dismissed defendant(s). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Bright Head LLC

                        Plaintiff,

v.

Case No.: 1:24−cv−13410

Honorable Elaine E. Bucklo

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2025:

    MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for reconsideration is denied. Discovery will close on February 1, 2026. A claim construction hearing will be set shortly thereafter. Status hearing set for 12/17/25 at 10:00 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.